

9021/PMD
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Plaintiff
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042
Attorneys for Plaintiff Apex Shipping Co.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| APEX MARITIME CO. d/b/a<br>APEX SHIPPING COMPANY<br>                        Plaintiff,<br><br>- against -<br><br>MAERSK LINE and G.J.P. ENTERPRISES INC.,<br><br>                        Defendants. | ___ Civ. ___<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 9.1.] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, I, Patrick Michael DeCharles, as a member of the bar of this Court and a member of the firm Cichanowicz, Callan, Keane, Vengrow and Textor, LLP, attorneys for plaintiff, certify upon information and belief that plaintiff Apex Maritime Co. d/b/a Apex Shipping Company is a foreign corporation that has no corporate parents, subsidiaries or affiliates that are publicly held.

Dated: New York, New York
       September 7, 2007

Respectfully submitted,

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Plaintiff Apex Shipping Co.

By: _____
   Patrick Michael DeCharles II (PMD9984)
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042