

LAW OFFICES OF
# CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 BROADWAY, SUITE 3000
NEW YORK, N.Y. 10006-2802

PAUL M. KEANE
STEPHEN H. VENGROW
JAMES M. TEXTOR*
JOSEPH F. DE MAY, JR.
RANDOLPH H. DONATELLI
PATRICK MICHAEL DECHARLES II†

JESSICA A. DE VIVO†
IRENE M. ZANETOS*

†ALSO ADMITTED TO DISTRICT OF
  COLUMBIA, MAINE & NEW JERSEY
*ALSO ADMITTED TO PENNSYLVANIA
†ALSO ADMITTED TO GEORGIA
†ALSO ADMITTED TO NEW JERSEY & TEXAS
*ALSO ADMITTED TO NEW JERSEY

TELEPHONE: (212) 344-7042
TELEFAX: (212) 344-7285
TELEFAX: (212) 344-3988

New Jersey Office
75 MONTGOMERY STREET, SUITE 200
JERSEY CITY, NJ 07302
(201) 209-0960

A.J. MARINO
OF COUNSEL

BYRON KING CALLAN
(1914-1992)
VICTOR S. CICHANOWICZ
(1918-1989)

September 13, 2007

Telefax (212) 805-7924

Honorable Sydney H. Stein
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1010
New York, NY

9/14/07
Plt may use the original summons to serve the amended complaint given that the original complaint has not been served.
[signature] USDJ

Re:  Apex Maritime Company d/b/a
     Apex Shipping Company v.
     Maersk Line and G.J.P. Enterprises, Inc.
     07 CIV 7914
     Our File No.: 9021/SHV

Honorable Sir:

We are the attorneys who represent the plaintiff Apex Maritime Company doing business as Apex Shipping Company. We filed a complaint on September 7, 2007 in which we have not yet served on the defendants because there were typographical errors and changes that needed to be changed in the Complaint. We filed basically on the 7th to toll the statute of limitations under the Carriage of Goods by Sea Act. After consulting with our principals, we have drafted an Amended Complaint which we plan to serve on the defendants. However, upon trying to file the Amended Complaint with the Clerk's office, we were advised that we would either have to show proof of service on the defendants or file a new summons. We are writing you because the clerk's office sent the proposed Amended Complaint to your office for approval. The summons issued to us for the Complaint has not yet been used and to avoid additional cost of process of service we ask that the Amended Complaint be filed as is and let us proceed with proper service on the defendants using the summons already filed with the Court. We have enclosed a copy of the Amended Complaint for your review.

Hon. Sydney H. Stein  
United States District Court Judge

September 13, 2007  
Page 2

                                      Respectfully submitted,

                                      CICHANOWICZ, CALLAN, KEANE,  
                                      VENGROW & TEXTOR, LLP

                                      Patrick Michael DeCharles, II

PMD/mj  
Enclosure

FROM :CCKVT  Case 1:07-cv-07914-SHS  Document 3  Filed 09/14/2007  Page 2 of 2
FAX NO. :12123447285   Sep. 13 2007 12:28PM P 3