9021/PMD
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Plaintiff Apex Shipping Co.
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| APEX MARITIME CO. d/b/a APEX SHIPPING COMPANY | |
|---|---|
| Plaintiff, | 07 CIV 7914 |
| - against - | **VOLUNTARY DISMISSAL** |
| MAERSK LINE and G.J.P. ENTERPRISES, INC. | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Apex Maritime Co. d/b/a Apex Shipping Company through its attorneys Cichanowicz, Callan, Keane, Vengrow & Textor, LLP voluntarily dismiss the above action with prejudice. Neither Maersk Line nor G.J.P. Enterprises, Inc. has appeared in this case. However, the case has been settled without cost to any parties.

Dated: New York, New York
       February 22, 2008

Respectfully submitted,

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Plaintiff Apex Shipping Company
By: _____

Patrick Michael DeCharles, II (PMD/9984)
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042

So Ordered  2/27/08

_____
Sydney Stein, U.S.D.J.